*Edmund H. Lewis* for appellant.

*D. J. Seubert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: MCLAUGHLIN, J.

---

RALPH R. MILLER, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Negligence — railroads — trespass — when trespasser upon railroad property injured by backing train may not recover.*

*Miller* v. *Erie R. R. Co.*, 178 App. Div. 949, affirmed.

(Argued October 11, 1922; decided October 27, 1922.)

APPEAL from a judgment, entered May 18, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while standing upon defendant's tracks watching a fire, was struck by a backing train and received the injuries complained of. It was held that plaintiff was a trespasser and that the evidence did not justify a finding that the defendant wantonly, willfully or recklessly operated its train, resulting in plaintiff's injury.

*Hamilton Ward* for appellant.

*John W. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.